**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

SHANIKA SHOREY,

Plaintiff,

v.

BERND SCHIFFER,

Defendant.

CIVIL ACTION NO.: 4:26-cv-212

## ORDER

Before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendant, stipulating to the dismissal of this case with prejudice. (Doc. 19.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 26th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA